UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANUEL HERRERA-HERNANDEZ,

    Plaintiff,

v.　　　　　　　　　　Case No. 22-CV-508

THERESA LEE, et. al.,

    Defendants.

## DECLARATION TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDMENT – EXHAUSTION

I, Manuel Herrera Hernandez declare pursuant to 28 U.S.C.§ 1746 under the penalty of perjury, that the following declaration is true and correct.

1. I make this declaration based on Fed. R. Civ. P. 56(c), to the best of my knowledge of what happened regarding this lawsuit, attached my cell-mate (at that time) affidavit of fact of what happened, seeking the court leave to file said affidavit under civil L.R. 7.(i).

2. On June 2021, I got sentenced to 19 months in prison, being this my first time in D.O.C, no speaking, nor reading English, when I was placed at D.C.I. they gave me a handbook/booklet in English. I asked for one in Spanish, an officer told me she will give me one but never did, I got staffed at W.C.I. I asked and never received a Spanish handbook. So I did not have any knowledge of administrative remedies and I was not properly advised of the process of filing a grievance.

page 1 of 3

3. On October 23, 2021 at or around 1:45 pm in the North Cell Hall at the Sgt. cage my cell-mate Gerald S. Mayek #58436 and I was waiting for officer "Defendant" Bohl to search our cell. They informed me that I was going to be placed in RHU. I had my legal paperwork and defendant Bohl grabbed it and handed it to Defendant Lee. I told her in my broke English to please do not lose that because is confidential information, she told me she will put it with the rest of my property I was took to RHU.

4. On 11/01/21 I received part of my property in RHU, when I realized I was missing the documents that was handed it to Sgt. Lee on October 23, 2021. I wrote her and property room asking for it, I never got a respond or the request slips back. Days later Sgt. Lee was walking her round in RHU. I stopped her on my cell door B-208 and I asked her for my legal paperwork. And I had a misleading statement by Sgt. Lee saying that she put it with the rest of my property, Sgt. Lee had her body camara on her, it is why I was expecting to receive my legal paperwork when I got the rest of my property on 12/15/21 when I got back to G.P. I wrote four request slip, Capt. Tritt and Sgt. Lee never reply back. My cell-mate (at that time) Christopher Smith #185064 told me about ICE and helped me to filed one (Ex. 1002-008) because I did not have any knowledge of grievance procedures.

5. Even that my English was very poor at that time, and that I did not have any knowledge about rules and prison regulations because I never receive a booklet in Spanish and I did not have any properly advised

of the process of filing a grievance, I did tried me best to Exhaust administrative Remedies.

6. I respectfully would like to state that I did tried my best to Exhaust Administrative Remedies, and I do not think that I failed to do so, the reason why I Filed the ICE "late" is because I had a misleading statement from Sgt. Lee at RHU-B-208 regards my legal paperwork being placed it with the rest of my property, like I stated on every Request Slip that I wrote and on the ICE.

7. I also would like to respectfully ask the court to consider this affidavit to excuse my delay on filing the Exhaust Administrative Remedies and to excuse my writing and mistakes in this proceeding, since I been incarcerated I have been attending school and learning English and trying to do my best in this proceeding.

Date: January, 31, 2023.
Respectfully Submitted:

_____

Manuel A. Herrera Hernandez
Oconto County Jail
301 N. Washington St.
Oconto, WI. 54153