IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MANUEL HERRERA-HERNANDEZ,

    Plaintiff,

v.                              Case No. 2022CV00508

THERESA LEE, et al.,

    Defendants.

## DEFENDANTS' WAIVER OF THE PAVEY HEARING AND EXHAUSTION DEFENSE

Defendants Jacob Bohl, Theresa Lee, Kyle Tritt, and Charles York, by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Emmeline Lee and Brandon T. Flugaur, hereby waive the *Pavey* Hearing and exhaustion defense in the above-captioned case. Defendants hereby inform the Court and the Plaintiff that it is their intention to move forward with addressing the merits of the case. Defendants defer to the Court as to whether the July 14, 2025 Status Hearing can be cancelled.

Dated: July 11, 2025.

                                        Respectfully submitted,

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        <u>s/ Emmeline Lee</u>
                                        EMMELINE LEE
                                        Assistant Attorney General
                                        State Bar #1097677

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1178 (Lee)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
Emmeline.Lee@wisdoj.gov
Brandon.Flugaur@wisdoj.gov